BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**CHRISTOPHER CARDANI**
Assistant United States Attorney
Christopher.Cardani@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-00153 |
| v. | |
| **JACOB MICHAEL GAINES,** | **GOVERNMENT'S MOTION TO SEAL UNREDACTED CRIMINAL COMPLAINT AND AFFIDAVIT** |
| **Defendant.** | |

The United States of America, through Billy J. Williams, United States Attorney for the District of Oregon, and through Assistant United States Attorney Christopher Cardani, hereby requests that the Complaint and Affidavit herein, Docket Number 1, be sealed.

The Complaint and Affidavit contain the victim's personal identifying information. The Government will publicly file a redacted Complaint and Affidavit without this information.

To prevent the public disclosure of the victim's information, the government respectfully requests an order to seal Docket Number 1.

Dated: July 14, 2020.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/Christopher Cardani*
CHRISTOPHER CARDANI
Assistant United States Attorney