UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-00153 |
| v. | ORDER TO SEAL UNREDACTED CRIMINAL COMPLAINT AND AFFIDAVIT |
| JACOB MICHAEL GAINES, | |
| Defendant. | |

This matter having come before the Court upon motion by the government for an order to seal the unredacted Complaint and Affidavit in this matter; and the Court being fully advised in the premises and finding good cause:

IT IS HEREBY ORDERED that the unredacted Complaint and Affidavit, Docket Number 1, is SEALED until further order of the Court.

Dated: July __14__, 2020

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney


*/s/Christopher Cardani*
CHRISTOPHER CARDANI
Assistant United States Attorney