AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America
v.

JACOB MICHAEL GAINES,

Defendant

) Case No. 3:20-mj-00153
)
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JACOB MICHAEL GAINES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

On or about July 11, 2020, in the District of Oregon, JACOB MICHAEL GAINES did forcibly assault Deputy U.S. Marshal 1 (DUSM1), a federal officer, while said officer was engaged in the performance of his official duties, and in the commission of said assault did use a dangerous weapon, to wit: a hammer;

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

Date:  July 12, 2020

*Issuing officer's signature*

City and state:  Portland, Oregon

Hon. JOLIE A. RUSSO, US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____     DATE 7/11/2020 on a PC
ARRESTED BY FPS

*Arresting officer's signature*

U.S. MARSHAL

*Printed name and title*